# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

**BRITTANY CROSSETT,**

        Plaintiff,

v.

**SNOWS BAR & Grill,**

        Defendants.

Case No.
Hon.

_____/

**MILLER COHEN, P.L.C.**
Richard G. Mack, Jr. (P58657)
Jocelyn C. Flemons (P85448)
*Attorneys for Plaintiff*
7700 Second Ave, Suite 335
Detroit, Michigan 48202
(313) 964-4454 Phone
(313) 964-4490 Fax
richardmack@millercohen.com
jocelyn@millercohen.com

_____/

## EXHIBIT 5



